# United States District Court
## DISTRICT OF NEW JERSEY

Attorney(s): Tim Vawter, pro se, Office Tel# 732- 431-5024
Office address & Tel. No.: 30 W. Main St., Suite 321, Freehold, NJ 07728

Attorney(s) for

**Tim Vawter,** pro se, and on behalf of others who may be unaware of the offenses or unable to sue

*Plaintiff(s)*

vs.

**Federal government**

*Defendant(s)*

CIVIL ACTION #


RECEIVED JUL 31 2009 AT 8:30 WILLIAM T. WALSH, CLERK

**Complaint**

## Parties

Plaintiff;
Tim Vawter, pro se, 14 Ellis St., Freehold, NJ 07728. Tel # (732) 431-5024

Defendant;
Federal government, US Attorney Generals office, 950 Pennsylvania Ave., Washington, D.C. 20530  Tel # (202) 353-1555

*Page 1*

US_GENRL96

# Jurisdiction

The defendant is the federal government.

# Cause of Action

**1. Gross negligence in allowing dangerous vaccines**

To comply with F.R.C.P. Rule 8 (a)(2) the Plaintiff is submitting this Complaint as "a short, plain statement of the claim". Additional evidence will be submitted in the form of motions, discovery, affidavits and similar. There is a preponderance of evidence to show the federal government has engaged in gross negligence by funding and promoting flu vaccines that are proven to be dangerous, being manufactured with little oversight. The flu vaccines scheduled for use in late 2009 and 2010 contain heavy metals like thimerosal mercury which are proven to cause autism in children who have lowered immune systems (see Exhibit C; *Thimerosal in Seasonal Influenza Vaccine*). The vaccines can contain other dangerous ingredients

and toxins that cause damages to other people as well. Thimerosal mercury is banned in Europe.

## 2. Forcing flu vaccines on the public

The Defendant has stated it will force these flu vaccines onto the American public against their will, under a document signed by Health and Human Services Secretary Kathleen Sebelius (see Exhibit B; *Legal immunity set for swine flu makers*, published on the MSNBC website on July 20, 2009).. The vaccine makers stand to earn billions of dollars selling these vaccines, spending tens of millions already to advertise a "Phase 6 Influenza Pandemic" that the evidence shows doesn't exist in reality. Nor has the Defendant required the WHO to show factual evidence for a Phase 6 pandemic. Fewer than 700 people have died worldwide from this flu, while far more people die each year from the regular flu. Forced vaccinations will bring in billions of dollars for vaccine makers, and it will violate the constitutional rights of the Plaintiff and other Americans, as follows;

## 3. Violation of the Plaintiff's 4th Amendment constitutional right

If the federal govt's forced vaccination program is allowed to proceed, this

will allow the govt to enter a person's house to force him to be vaccinated, or to forcibly remove him somewhere to be vaccinated. This will violate the Plaintiff and other citizen's 4th amendment constitutional right which guarantees a person the right to be secure in his house. Or, the govt may cause a person to be denied certain services or other constitutional rights, simply because he refuses a vaccine which is known to contain mercury and other potentially harmful ingredients.

### 4. Violation of the Plaintiff's 5th Amendment constitutional right

If the federal govt's rule mandating forced vaccinations is allowed to stand, this will violate the Plaintiff and other citizen's 5th amendment constitutional right because being forcibly vaccinated with thimerosal mercury and other dangerous ingredients and toxins can allow a citizen to be deprived of life, liberty, or property, without due process of law.

### 5. Failure to properly train employees

The federal govt has engaged in gross negligence by failing to properly investigate factual evidence submitted by esteemed medical professionals over many years which proves flu vaccines have caused, and will continue

to cause, serious damages to some of the people who receive those vaccines. Presently, the CDC states thimerosal mercury is being used in the new flu vaccines being prepared (see Exhibit C; *Thimerosal in seasonal influenza vaccine*, published by the CDC on July 27, 2009).

### 6. Failure to properly investigate

There is a preponderance of evidence to show that the federal govt so poorly trained its employees, that they eagerly agreed with the wild claims made by the World Health Organization (hereafter known as WHO) when the WHO declared a massive Phase 6 "Influenza Pandemic", even though only a very small number of people died of this flu virus. To further prove how the federal govt so poorly trained its employees, it has allowed its employees to create a chart listing the WHO's "Phase 6 Influenza Pandemic" being considered equal with an earthquake measuring 8.0 on the Richter scale (see Exhibits D & E; the *Disaster Planning Continuum* chart as published by the federal govt on page 29 of it's training manual entitled *Pandemic Influenza Preparedness, Response and Recovery*). The federal govt has failed to properly train its employees on how to accurately verify the WHO's "Phase 6 Influenza Pandemic" proclamation, with the

defendant requiring factual evidence, sworn testimony, and witnesses being questioned, even lie detector tests when conflicting statements are made.

## 7. Failure to properly investigate profiteering

The evidence will show the federal govt failed to properly train its employees regarding the huge profits vaccine makers enjoy when the federal govt implements a forced vaccinations program. Billions of dollars in vaccine sales can cause organizations to falsify threats so as to cause unwarranted public hysteria, which then causes the federal govt to force vaccinations on the public. To resolve this problem, the federal court may have to simply forbid vaccine companies from being profit-run, and from advertising in any way (and this must include consulting fees and any other payments to promote the flu or vaccines). The evidence will show Sweden's entire health care system is government run, is more advanced than America's, and is made available to everyone practically free. It's not profit-run with stockholders who sit back and hope for a flu pandemic. The WHO, after being unable to provide evidence to support its call for mandatory vaccines, suddenly decided to stop keeping track of the small

number of swine flu cases (see Exhibit F; WHO says it plans to stop tracking swine flu cases, published by the New York Times website on July 16, 2009).

## 8. Live bird flu virus incidents

The federal govt is guilty of gross negligence and "failure to properly train" its employees because they did not properly investigate the case of live swine flu virus accidentally being released. One of the main companies the federal govt deals with, Baxter Vaccines, was apparently involved in the transporting of live bird flu virus that was accidentally released on a public train. The esteemed German magazine Der Spiegel announced on April 28, 2009 that "a lab technician with the Swiss National Center for Influenza in Geneva traveled to Zurich to collect eight ampoules, five of which were filled with the H1N1 swine flu virus..., However, it seems the dry ice was not packed correctly and it melted during the journey. The gas coming from the containers then built up too much pressure and the ampoules exploded, as the train was pulling into a station (see Exhibit G; the article entitled *Swine flu container explodes on train*, published by the Der Spiegel magazine website on April 28, 2009). Evidence to show additional

incidents where these companies allowed live flu virus to be released will be submitted to he court as this evidence comes in. Secondly, the highly reputable UK newspaper called *the Telegraph* reported vaccines tests backfired on homeless people, causing twenty one of them to die (see Exhibit A; the article entitled *Homeless people die after bird flu vaccine trial in Poland*, published by *the Telegraph* newspaper website on July 2, 2009).

## 9. Vaccines require list of ingredients and side effects

There is a preponderance of evidence to show that the federal govt will not provide people being vaccinated with a list of the vaccine ingredients and possible bad side effects of the flu vaccines before being vaccinated. Most of the public will not know this flu vaccine will contain thimerosal mercury that puts their young children at risk of coming down with autism, even more so for children with weakened immune systems (see Exhibit C; *Thimerosal in Seasonal Influenza Vaccine*). In that document, the CDC admits "Yes, the majority of influenza vaccines distributed in the United States currently contain Thimerosal as a preservative."

## 10. Violation of the 1st Amendment constitutional right

The Plaintiff Tim Vawter is submitting an Order to force the federal govt to publish vaccine ingredients and side effects, and to give these to everyone who takes a flu vaccine, and to do so at least 3 days prior to the vaccination. If that order is denied, this will violate the Plaintiff's right to demand the federal govt obey the 1st Amendment of the US constitution by requiring it to engage in Freedom of Speech. The Plaintiff is asking the Court to recognize that the 1st Amendment not only allows a citizen to have Freedom of Speech himself, but it allows a citizen to demand his government engage in Freedom of Speech when the govt is promoting the use of such vaccinations to the public.

## 11. Forbidding vaccine lawsuits is unconstitutional

The federal govt has issued a proclamation stating a person cannot sue for any damages he receives from the flu vaccine, completely bypassing congress and the court system (see Exhibit B; *Legal immunity set for swine flu makers*). This is a violation of the Plaintiff and public's 7th amendment constitutional right to sue to recover for damages. The Plaintiff is submitting an *Order to deem unconstitutional* any proclamation, rule or similar that forbids people from suing for damages resulting from the flu

vaccines of 2009 and 2010.

# Damages

### 12. Offenses

Gross negligence, failure to properly train its employees, and violating the constitutional rights of citizens as follows;

### 13. Plaintiff's damages

$100,000.00 - The Plaintiff, Tim Vawter, suffered depression, extreme anxiety and emotional duress when his nephew began life as a healthy, happy baby boy, only to come down with autism after being given baby vaccines that contained thimerosal mercury. For years his nephew has struggled with this incredibly debilitating, preventable condition, and a claim may be submitted not only by his nephew but by others who suffered damages from vaccinations.

14. Several rules and proclamations detailed here are unconstitutional. If they are not stricken and amended, the Plaintiff and other people who may

not be aware of the offenses, or may be unable to sue, will suffer pending "injury-in-fact" damages.

15. The federal govt is grossly negligent in many ways. It has failed to properly train its employees about how to examine technologies that are out of the mainstream. An example is Dr. Rife's electrical method of destroying viruses. And, Maurice Ward's newly invented starlite material, which is the only substance known that can withstand the heat of a 10,000° centigrade thermonuclear blast unharmed. The federal govt has allowed genetically modified foods to enter the marketplace which research shows will can cause damages if not deemed unconstitutional soon. The Defendant has failed to implement proper basic moral education.

16. As attorneys and law firms join this lawsuit, discovery requests will reveal the names of additional people who have suffered injuries so they can be contacted about recovering damages, as the law allows.

_____  _____
Plaintiff Tim Vawter, pro se                Date
(signed Tim Vawter)                         (7/31/09)

Exhibits;

A; article entitled *Homeless people die after bird flu vaccine trial in Poland*, published by *the Telegraph* newspaper website on July 2, 2009

http://www.telegraph.co.uk/news/worldnews/europe/poland/2235676/Homeless-people-die-after-bird-flu-vaccine-trial-in-Poland.html

B; article entitled *Legal immunity set for swine flu makers*, published on the MSNBC website on July 20, 2009

Source; http://www.cdc.gov/FLU/ABOUT/QA/thimerosal.htm

C; article entitled *Thimerosal in seasonal influenza vaccine*, published by the CDC on July 27, 2009http://www.cdc.gov/FLU/ABOUT/QA/thimerosal.htm

D; article entitled the *Disaster Planning Continuum* chart as published by the federal govt on page 29 of it's training manual entitled *Pandemic Influenza Preparedness, Response and Recovery*

http://www.pandemicflu.gov/plan/pdf/CIKRpandemicInfluenzaGuide.pdf

E; article entitled the *Disaster Planning Continuum* chart as published by the federal govt on page 29 of it's training manual entitled *Pandemic Influenza Preparedness, Response and Recovery*

http://www.pandemicflu.gov/plan/pdf/CIKRpandemicInfluenzaGuide.pdf

F. article entitled *WHO says it plans to stop tracking swine flu cases*, published by the New York Times website on July 16, 2009).

Obtained from - http://www.nytimes.com/2009/07/17/world/17flu.html

G; article entitled *Swine flu container explodes on train*, published by the *Der Spiegel magazine* website on April 28, 2009

http://www.spiegel.de/international/zeitgeist/0,1518,621598,00.html