# Emergency Petition
## for Emergency In forma pauperis status, and to keep that status under seal of the court



From Plaintiff; Tim Vawter, pro se, 30 W. Main St., Suite 321, Freehold, NJ 07728. Tel # (732) 431-5024

To the Honorable Garrett E. Brown Jr.,

I am requesting the court expedite my *In forma pauperis* application quickly, if possible, since the lawsuit I am filing includes a *Preliminary Injunction* regarding an important matter to be acted on relatively soon.

I have attached a Sworn Statement showing my low income status for the past year. My income today is virtually identical to my income when I was granted *In forma pauperis* status last year on 9/30/208 for civil case #08-4255.

I have previous pro se experience in federal court; I wrote and filed all of the plaintiff legal papers filed in federal civil cases #95-5620, #96-3618 and US Court of Appeals #96-5463. One of my grandfathers was a magistrate in Canada, so I was brought up with a good understanding of the law.

I am also requesting that, if granted, my *In forma pauperis* status be kept under seal by the Court. The reason is, this can cause embarrassment to me, since I do moral counseling work. I ~~have attached a copy of the hand-signed letter I received from the Chairman of the Joint Chiefs of Staff at the Pentagon commending me for my work.~~

_____     7/31/09
Plaintiff/Petitioner Tim Vawter, pro se          Date

~~Attachments:~~
~~#1. True copy of hand-signed letter the Chairman of the Joint Chiefs of Staff at the Pentagon sent to me, Tim Vawter.~~

# Sworn statement
## for In forma pauperis status

From Plaintiff; Tim Vawter, pro se, 30 W. Main St., Suite 321, Freehold, NJ 07728. Tel # (732) 431-5024

To the Honorable Garrett E. Brown Jr.,

I am requesting the court expedite my *In forma pauperis* application quickly, if possible, since the lawsuit I am filing includes a *Preliminary Injunction* that needs to be acted on relatively soon.

**Sworn Statement on low Income to support In forma pauperis form**
I, Tim Vawter, do hereby swear and attest that I am low income and have been earning an average of less than $200.00 per week for the past year. I have a serious back injury resulting from a motorcycle crash and have two crushed discs at the base of my spine. Those severe injuries prevent me from working a full-time job and my income is low.

My income today is virtually identical to my income when I was granted *In forma pauperis* status last year on 9/30/2008 for the civil case I filed which is case #08-4255.

_____          7/31/09
Plaintiff/Petitioner Tim Vawter, pro se          Date

AO 240 (Rev. 9/96)

# United States District Court
## DISTRICT OF _____

Tim Vawter, pro se

Plaintiff

v.

Defendant
Federal gov't

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED
JUL 31 2009
AT 8:30
WILLIAM T. WALSH, CLERK

CASE NUMBER: _____

I, Tim Vawter _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☐ Yes   ☒ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration _____
   Are you employed at the institution? _____   Do you receive any payment from the institution? _____
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Due to serious back injury with 2 crushed discs, I was last employed around July 1, 2009 selling small items on Ebay over the internet, earning about $200.00 a week.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☒ Yes   ☐ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. Self-employed selling items on Ebay + over the internet earning about $200.00 per week, have back injury.

This form was electronically produced by Elite Federal Forms, Inc.

4. Do you have any cash or checking or savings accounts?  ☒ Yes   ☐ No
   If "yes" state the total amount. $27.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No
   If "yes" describe the property and state its value.

   1993 broken Toyota Camry that needs body work, an exhaust, shocks and a motor mount.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

7/27/09
DATE

*Tim Vawter*
SIGNATURE OF APPLICANT

Tim Vawter, 30 W. Main St., Suite 321, Freehold, NJ 07728

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.