# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**TIM VAWTER**
    **Plaintiff,**

**v.**

**FEDERAL GOVERNMENT**

    **Defendants.**

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: **09-3803JAP**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ **GRANTED, and**

    ☐ **The Clerk is directed to file the complaint, and**

    ☐ **IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.**

☐ **DENIED, for the following reasons:**

    ☐ **and the Clerk is directed to close the file.**

**Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.**

**ENTERED this _____ day of _____, 2008**

    **Signature of Judicial Officer**

    **Honorable Joel A. Pisano U.S.D.J**
    **Name and Title of Judicial Officer**