# United States District Court

## DISTRICT OF NEW JERSEY

*Attorney(s):* Tim Vawter, pro se, Office Tel# 732- 431-5024
*Office address & Tel. No.:* 30 W. Main St., Suite 321, Freehold, NJ 07728

*Attorney(s) for*

**Tim Vawter,** pro se, and on behalf of others who may be unaware of the offenses or unable to sue

*Plaintiff(s)*

— vs. —

**Federal government**

*Defendant(s)*

CIVIL ACTION #

**Preliminary Injunction** to forbid forced flu vaccinations

**This matter,** in accordance with F.R.C.P. VIII, Rule 65 (a)(1), having been moved to the Court by the Plaintiff, Tim Vawter, upon a *Motion for Preliminary Injunction*, and the Court, having heard the Motion and read the papers in support thereof and on good cause shown; that as of this date, it appears the federal govt has engaged in some amount of

*Page 1*



negligence with regards to failure to properly investigate the safety of the flu vaccines scheduled for use in late 2009 and 2010, and that the evidence submitted does warrant a more thorough investigation into the safety of these flu vaccines. Therefore,

### 𝔍𝔱 𝔦𝔰 𝔥𝔢𝔯𝔢𝔟𝔶 𝔒𝔯𝔡𝔢𝔯𝔢𝔡 on this day of                and for a

temporary time lasting                , the Federal government shall be forbidden from forcing any person to be required to take any influenza (flu) vaccination against that person's free will and free choice. Nor shall the federal govt allow any state or local government, or any party, to force any person to be required to take any influenza (flu) vaccination against that person's free will and free choice.

### 𝔍𝔱 𝔦𝔰 𝔉𝔲𝔯𝔱𝔥𝔢𝔯 𝔒𝔯𝔡𝔢𝔯𝔢𝔡 that the federal govt shall not deny any

constitutional rights to any person who has not received a flu vaccine, nor shall the federal govt allow any doctor, company, or other party, to deny any of these people services such as medical care, attending school, or

similar services of freedoms, nor can the federal govt allow any doctors, companies, or other parties, to deny any of these people their constitutional rights. The only exception to this, where a person who does not get a flu vaccination might be denied certain services such as a particular medical care, attending a certain school, or similar, shall be after it is shown in a court of law, with "clear and convincing evidence", on an individual case-by-case basis, where due process and a right to a defense is allowed. Only then can a certain person be denied a particular service because the person did not receive a flu vaccine.

**It is Further Ordered** that this Injunction shall cover all American citizens, including every person residing in or visiting in the United States, and shall include all of its territories or possessions.

_____          _____
*United States District Court Judge*                    *Date*