From;
Tim Vawter, pro se,
14 Ellis St., Freehold, NJ 07728
Office Tel # 732- 431-5024

To;
United States District court
402 E. State St. Rm 2020
Trenton, NJ 08608
Tel # 609-989-2065

RECEIVED AUG -7 2009 AT 8:30 WILLIAM T. WALSH CLERK M

**Civil case # 09-3803**

Dear Clerk,  August 6, 2009

    Enclosed are three copies of *Exhibit H* to go with the lawsuit I filed on July 31, 2009. These are to be held in Chambers and can be copied as need be (such as if members of congress request copies of the lawsuit).

If possible, please stamp one of these DVDs as being received, and return it to me in the enclosed envelope. It is okay to stamp the top of the DVDs, but not on the bottom. All three of these DVDs are identical to each other and they contain 12 evidentiary videos.

I have also included an affidavit regarding the exhibits I submitted for this civil case # 09-3803.

Thank You,

_Tim Vawter_  8/6/09

Plaintiff Tim Vawter, pro se  Date

Enclosures:

#1. 3 DVDs for Chambers - Exhibit H

#2. Original affidavit and 2 copies