# United States District Court

# Affidavit  Trenton

civil # 09-3803

*hereby sworn to by*

Tim Vawter, 14 Ellis Street, Freehold, NJ 07728, Tel # (732) 431-5024

I, Tim Vawter, do hereby solemnly swear and attest to the fact that the following statements are completely honest and true. I am 18 years of age or older and fully competent. I am aware of the penalties for lying on an affidavit and I will not. I will gladly take a lie detector test to show everything in this affidavit is true.

Exhibits A to G, which go with the Complaint and which were received by the court on July 31, 2009, are all true copies of magazine articles I printed out from the Internet. I have not altered or changed any of the content of any of those exhibits in any manner.

Exhibit H, which goes with the Complaint to be held in Chambers, is a DVD containing 12 evidentiary videos for the lawsuit. I obtained all 12 of those videos during the month of July 2009 from the large and reputable Internet server known as Youtube.com Inc. I have not altered or changed any of the content of any of those 12 videos in any manner.

Hereby Sworn to, under penalty of perjury,

_____        _____
Tim Vawter                              Date  8/6/2009

Margaret Goldrick
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
April 7, 2009 To April 7, 2014

RECEIVED

AUG - 7 2009

A _____ M
WILLIAM T. WALSH
CLERK