From;
Tim Vawter, pro se,
14 Ellis St, Freehold, NJ 07728

Civil # 09-3803

To;
Judge Pisano
United States District court
402 E. State St., Rm 2020
Trenton, NJ 08608 USA

Your Honor,               August 13, 2009

I am requesting that my *In forma pauperis* application be reviewed with emergency, as I have submitted a *Preliminary Injunction* that needs to be looked at soon.

Presently, the defendant is planning to allow large scale flu vaccinations on the American public. The court papers I filed include factual evidence showing these flu vaccines contain thimerosal mercury, and if given to the public on such a large scale, will cause an increase in the number of autism cases in our country. My court papers also show there is a profit motive pushing a bogus flu pandemic.

I do hereby swear and attest that everything on my *In forma pauperis* application is true and factual. I am honest and of good moral character. To help further show this, I am submitting a copy of a nice, hand-signed letter I received from the Chairman of the Joint Chiefs of Staff at the Pentagon commending me, and the moral manual the general refers to in his letter.

If I am not granted *In forma pauperis* today, enclosed is my check for $350.

If I am granted *In forma pauperis* today, my check for $350 can be returned to me along with the Summons in the enclosed envelope.

Thank You,

Tim Vawter, pro se

Attachments;
   #1. *True copy of a letter from the Chairman of the Joint Chiefs of Staff at the Pentagon to Tim Vawter*
   #2. *The Basic Moral Education manual*

FedEx Express

SHIP DATE: 13AUG09
ACTWGT: 1.0 LB
CAD: 101022700/WSXI2150

BILL SENDER

ORIGIN ID: OTZA (732) 845-1340
TIM VANTER
X POSTAGE B/N
30W MAIN ST

FREEHOLD, NJ 07728
UNITED STATES US

TO JUDGE PISANO
402 E. STATE ST, RM 2020
UNITED STATES COURTHOUSE
TRENTON NJ 08608
(609) 989-0502
REF: 0111965
INV:
PO:              DEPT:

TRK# 7968 5859 6920             FRI - 14AUG A2
0201                          STANDARD OVERNIGHT

                                    08608
                                    NJ-US  EWR



RT 332  1  E
              6920
FZ            08.14