

CHAIRMAN OF THE JOINT CHIEFS OF STAFF
WASHINGTON, D.C. 20318-9999

24 February 2005

Mr. Tim Vawter
14 Ellis Street
Freehold, NJ 07728

Dear Mr. Vawter,

Thank you for the letter and copy of your "Basic Moral Education Manual."

Attached is a list of the government acquisition agencies that assist in selling goods and services to the Department of Defense.

Our dedicated men and women in uniform are true professionals and the strength and backbone of the military. Your interest in their welfare is commendable and appreciated.

With best wishes,

Sincerely,

RICHARD B. MYERS
Chairman
of the Joint Chiefs of Staff