AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Vawter

v.

Federal govt

SUMMONS IN A CIVIL CASE

CASE NUMBER: 09-3803(JAP)

TO: (Name and address of defendant)

Federal govt, US Attorneys Office
950 Pennsylvania Ave, NW, Washington DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tim Vawter, pro se
30 W. Main St, Suite 321
Freehold, NJ 07728

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH
CLERK

8-14-2009
DATE

Gina Hernandez-Buckley
(BY) DEPUTY CLERK