UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIM VAWTER | |
| Plaintiff, | Civil Action No. 09-3803 (JAP) |
| v. | **ORDER** |
| FEDERAL GOVERNMENT, | |
| Defendants. | |

Presently before the Court is a "Motion to Increase Pay" by *pro se* Plaintiff Tim Vawter seeking an immediate salary increase of 93% for "all federal judges, federal court secretaries and other federal court employees, including federal security personnel." Plaintiff asserts that "federal court employees and judges are overworked and underpaid" and this has and will continue to cause the denial of due process to litigants in the federal courts. Motion at 3-4.

However attractive the relief sought by Plaintiff may be, the motion lacks basis in the law. Consequently, it must reluctantly be denied. Accordingly,

**IT IS** on this 2nd day of October, 2009,

**ORDERED** that Plaintiff's "Motion to Increase Pay" is DENIED.

/s/ JOEL A. PISANO
United States District Judge